**TRANSIT CASUALTY COMPANY,**
Plaintiff/Appellee,

v.

**SELECTIVE INSURANCE COMPANY
OF THE SOUTHEAST,**
Defendant/Appellant.

No. 97–1090.

United States Court of Appeals,
Eighth Circuit.

Oct. 15, 1997.

Before WOLLMAN, Circuit Judge,
HENLEY, Senior Circuit Judge, and
BEEZER,[1] Circuit Judge.

### ORDER

Upon consideration of appellant's petition
for rehearing, it appears to the court: (1)
that the facts upon which the law of offset is
applied in our opinion filed September 5,
1997, may not be accurate and (2) that the
record before the district court may not be
sufficient to resolve disputed questions of
fact. Now therefore, it is

ORDERED that appellant's petition for
rehearing is granted, limited to the questions
presented in the following briefing order. It
is further,

ORDERED that the parties shall each file
a supplemental letter brief of not more than
10 pages in which the following questions are
addressed:

(1) Whether the record in the district
court, as presently constituted, is suffi-
ciently developed to support a factual find-
ing that Selective and Transit are mutually
indebted.

(2) Whether the discussion of mutual in-
debtedness found in our opinion should be
deleted from the opinion and in place of
such discussion, the court should remand
this case to the district court for the reso-
lution of disputed questions of fact.

The briefs of the parties shall be filed
simultaneously on or before the 21st day
after the date of this order. No response
shall be filed without further order of the
court.

---

1. The Honorable Robert R. Beezer, United States
Circuit Judge for the Ninth Circuit Court of Ap-
peals, sitting by designation.